1006

THE STATE OF WASHINGTON, *Respondent*, v. SHELBY TYLER BENOIT, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 13-1-00759-1, Michael E. Rickert, J., entered July 2, 2014. *Affirmed* by unpublished opinion per Lau, J., concurred in by Appelwick and Schindler, JJ.

[No. 72310-3-I. Division One. November 9, 2015.]

*In the Matter of the Parenting and Support of* M.J.W.

JOHNATHAN L. WALKER, *Appellant*, v. JENNIFER L. JOHNSON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 13-3-08138-9, Brian D. Gain, J., entered June 20, 2014. *Affirmed in part*, *reversed in part*, and *remanded* by unpublished opinion per Schindler, J., concurred in by Appelwick and Lau, JJ.

[No. 72408-8-I. Division One. November 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. GEBREMESKEL TIKUE GEBRETENSAE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-01380-5, Tanya Thorp, J., entered August 22, 2014. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Schindler and Leach, JJ.

[No. 72419-3-I. Division One. November 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. VICTOR CONTRERAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-04411-9, Theresa B. Doyle, J., entered September 5, 2014. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler and Lau, JJ.